**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-MJ-03260-LOUIS**

**IN THE MATTER OF THE EXTRADITION**
**OF EMORY ANDREW TATE,**

_____/

## ORDER UNSEALING CASE

This Case was initiated by the filing of a sealed Complaint. The United States of America made an *ore tenus* motion to this Court for an Order unsealing the case, including the Complaint, the Motion to Seal, the Order on the Motion to Seal, and any related documents, at Respondent's initial appearance. The Court, finding good cause, granted the Motion as follows:

IT IS HEREBY ORDERED that this case is UNSEALED. The Clerk is ORDERED to unseal this case and Docket Entries No. 1, 2, and 3.

**DONE AND ORDERED** in open court at Miami, Florida, this 20th day of July 2026.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE