# COURT MINUTES

# Magistrate Judge Lauren Louis

Atkins Building Courthouse - 11th Floor                    Date: 07/20/2026  Time: 1:30 PM

Defendant: EMORY ANDREW TATE     J#: 52354-506   Case #: 26-MJ-03260-LOUIS (SEALED)

AUSA: Alejandra Lopez                         Attorney: Howard Srebnick (on telephone)/Jackie Perczek

                                                          Steven Binhak, Joseph McBride, Thomas Mariotis

Violation: EXTRADITION                      Surr/Arrest Date: 07/18/2026     YOB:

Proceeding: Initial Appearance               CJA Appt:

Bond/PTD Held: ◯ Yes  ◯ No        Recommended Bond:

Bond Set at:                                  Co-signed by:

- ☑ Surrender and/or do not obtain passports/travel docs

  Language: English

- ☐ Report to PTS as  directed/or _____ x's a week/month by phone: _____ x's a week/month in person

- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

- ☐ Refrain from excessive use of alcohol

- ☐ Participate in mental health assessment & treatment

- ☐ Maintain or seek full-time employment/education

- ☐ No contact with victims/witnesses except through counsel

- ☐ No firearms

- ☐ Not to encumber property

- ☐ May not visit transportation establishments

- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

- ☐ Travel extended to: _____

- ☐ Other: _____

**Disposition:**

*Defendant appeared with counsel.*

*The Court sets a status conference for 7/27/26 @ 1:00 p.m.  Defendant's appearance not required.  Govt's ore tenus request to Unseal the Complaint is granted.*

Time from today to _____ excluded from Speedy Trial Clock

---

NEXT COURT APPEARANCE    Date:          Time:          Judge:              Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

*Status Conference RE:*        *7/27/26*     *1:00 p.m.*      *Judge Louis Non-Duty Calendar*

D.A.R. 13:33:39                              Time in Court: 5 mins

                s/Lauren Louis                              Magistrate Judge