UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-mj-03260-Louis

IN THE MATTER OF THE EXTRADITION
OF EMORY ANDREW TATE

_____/

SEALING ORDER

THIS CAUSE is before the Court on the Government's Motion to Seal. Being fully advised, it is hereby:

ORDERED AND ADJUDGED that the motion is ~~GRANTED~~ Denied ~~and the following be SEALED, with the exception that the documents listed below may be provided to the United States Attorney's Office and counsel for the Defendant:~~

1. ~~Motion to Seal;~~
2. ~~Memorandum of Extradition Law and Request for Detention Pending Extradition Proceedings; and~~
3. ~~This Order.~~

~~IT IS FURTHER ORDERED AND ADJUDGED~~ that the above-listed documents shall ~~remain sealed until further~~ Order of the Court, or until the unsealing of this matter, whatever occurs ~~first.~~

DONE AND ORDERED in ~~chambers at~~ open court Miami, Florida, this 20th day of July 2026.

HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE