**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. <u>26-mj-03260-LOUIS</u>**

**UNITED STATES OF AMERICA**

**vs.**

**EMORY ANDREW TATE,**

      **Defendant.**

_____/

**<u>NOTICE OF APPEARANCE</u>**

COMES NOW, the United States of America, by and through the undersigned Assistant

United States Attorney, noticing this Honorable Court that the undersigned will appear as counsel

on the above captioned case.

        Respectfully submitted,

        JASON A. REDING-QUIÑONES
        UNITED STATES ATTORNEY

By:  _/s/ Alejandra López_
      Alejandra L. López
      Assistant United States Attorney
      Florida Bar No.: 37132
      99 Northeast Fourth Street
      Miami, Florida 33132-2111
      Telephone: (305) 961-9241
      E-mail: Alejandra.Lopez@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:     /s/ *Alejandra L. López*

Alejandra L. López
Assistant United States Attorney