UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-03260-LFL

IN THE MATTER OF EXTRADITION OF
EMORY ANDREW TATE

_____/

## ANDREW TATE'S UNOPPOSED MOTION TO CONSOLIDATE CASES

Andrew Tate, through undersigned counsel, moves to consolidate Case Nos. 26-mj-03260-LFL and 26-mj-03259-LFL and states as follows:

The government has filed Complaints for Provisional Arrest with a View Towards Extradition against Andrew Tate [Case No. 26-mj-03260-LFL, DE#3] and Tristan Tate [Case No. 26-mj-03260-LFL, DE#3]. The Complaints are based on warrants issued by the United Kingdom arising from a joint investigation into the Tates and involve substantially similar facts and allegations.

The government has moved for the detention of both brothers based on substantially identical allegations and arguments. The Tates are represented by the same defense team and have filed a joint response in opposition to detention in both cases. [Case No. 26-mj-03260-LFL, DE#23; Case No. 26-mj-03259-LFL, DE#24].

Given the substantial overlap between the two proceedings, consolidation is appropriate for purposes of judicial economy and efficient case management. Consolidation will avoid duplicative filings and orders, conserve the resources of the

parties and the Court, and facilitate the orderly administration of the proceedings. The government does not oppose consolidation.

WHEREFORE, Andrew Tate respectfully requests that this Honorable Court enter an Order consolidating Case Nos. 26-mj-03260-LFLand 26-mj-03260-LFL for purposes of case management.

Tristan Tate joins, and the government does not oppose.

Respectfully submitted,

/s/ Thomas Maniotis
**THOMAS MANIOTIS**
Florida Bar No. 122414
EQUITY LEGAL, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, Florida 33126
(305) 407-1005
tamaniotis@equitylegalfirm.com
Counsel for Defendants


/s/ Joseph D. McBride
**JOSEPH D. MCBRIDE**
New York Bar No. 5445879
THE MCBRIDE LAW FIRM, PLLC
305 Broadway, Suite 700
New York, New York 10007
(917) 757-9537
jmcbride@mcbridelawnyc.com
Admitted Pro Hac Vice
Co-Counsel for Defendants

/s/ Howard Srebnick
/s/ Alexa Klein
**HOWARD SREBNICK** (FBN 919063)
**JACKIE PERCZEK** (FBN 042201)
**ALEXA KLEIN** (FBN 1002299)
**JAKE GOLDMAN** (FBN 1074657)
BLACK SREBNICK
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

HSrebnick@RoyBlack.com
JPerczek@RoyBlack.com
AKlein@RoyBlack.com
JGoldman@RoyBlack.com

/s/ Stephen James Binhak
**STEPHEN JAMES BINHAK**
Florida Bar Number 736491
LAW OFFICES OF STEPHEN JAMES
BINHAK
One Southeast Third Avenue, Suite 1800
Miami, Florida 33131
(305) 361-5500
binhaks@binhaklaw.com