

AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.   26-mj-03259/03260-LFL

EXHIBIT NO.   1



**British Embassy
Washington**

Embassy Note No:- 075/2026

**REQUEST TO THE UNITED STATES FOR THE PRETRIAL DETENTION PENDING EXTRADITION FROM THE UNITED STATES OF AMERICA OF DUAL UK/US NATIONAL EMORY ANDREW TATE (ANDREW TATE).**

His Britannic Majesty's Embassy presents its compliments to the Department of State and encloses documents to oppose the release of Andrew Tate during the pendency of extradition proceedings.

Extradition is sought under the UK-US Extradition Treaty 2003, as amended, as a person accused of the following offences:

- Rape contrary to section 1 Sexual offences Act 2003.

- Facilitating travel for exploitation contrary to sections 2(1) and 5(1) of the Modern Slavery Act 2015.

- Assault occasioning actual bodily harm contrary to section 47 of the Offences Against the Person Act 1861.

- Controlling prostitution contrary to section 53 of Sexual Offences Act 2003.

The Embassy would be grateful if the enclosed papers could be transmitted as soon as possible to the appropriate authorities.

TATE_0001

His Majesty's Embassy avails itself of this opportunity to express to the Department of State the renewed assurance of its highest consideration.



**British Embassy, Washington DC**
**10th August 2026**

TATE_0002



**British Embassy
Washington**

Embassy Note No:- 076/2026

**REQUEST TO THE UNITED STATES FOR THE PRETRIAL DETENTION PENDING EXTRADITION
FROM THE UNITED STATES OF AMERICA OF DUAL UK/US NATIONAL TRISTAN TATE.**

His Britannic Majesty's Embassy presents its compliments to the Department of State and encloses documents to oppose the release of Tristan Tate during the pendency of extradition proceedings.

Extradition is sought under the UK-US Extradition Treaty 2003, as amended, as a person accused of the following offences:

- Rape contrary to section 1 Sexual offences Act 2003.

- Facilitating travel for exploitation contrary to sections 2(1) and 5(1) of the Modern Slavery Act 2015.

- Assault occasioning actual bodily harm contrary to section 47 of the Offences Against the Person Act 1861.

The Embassy would be grateful if the enclosed papers could be transmitted as soon as possible to the appropriate authorities.

His Majesty's Embassy avails itself of this opportunity to express to the Department of State the renewed assurance of its highest consideration.



**British Embassy, Washington DC
10th August 2026**



**Special Crime Division**

United States Attorney
U.S. Department of Justice

August 6, 2026

Our Ref: 40AD1082723

Dear US Attorney,

**Re: Request to the United States for Pretrial Detention Pending Extradition of Dual UK / US nationals Emory Andrew Tate ('Andrew Tate') and Tristan Tate**

We respectfully request that the United States oppose the release of Andrew Tate and Tristan Tate during the pendency of their extradition proceedings. Both Andrew Tate and Tristan Tate are flight risks, and we believe that they would leave the United States and would not appear in further extradition proceedings if released. Further, we believe that both Andrew Tate and Tristan Tate would interfere with witnesses if released.

**Flight Risk**

Andrew Tate is subject to a Provisional Arrest Request (PAR) for the following 10 offences:

1. Rape x 3
2. Assault occasioning Actual Bodily Harm x 4
3. Arranging or facilitating travel for sexual exploitation x 2
4. Controlling Prostitution x 1

Tristan Tate is subject to a PAR for the following 11 offences:

1. Rape x 3

**Crown Prosecution Service**



Crown Prosecution Service, 3rd Floor, Foss House, Kings Pool, 1-2 Peasholme Green, York YO1 7PX
**www.cps.gov.uk**

TATE_0004

2. Assault occasioning Actual Bodily Harm x 6

3. Arranging or facilitating travel for sexual exploitation x 2

On January 19, 2024, warrants were issued in the UK for the arrest of Andrew Tate and Tristan Tate in respect of the 21 original charges that they faced.  Warrants for their arrest in the European Union were also issued. They were executed by the authorities in Romania on March 12, 2024, having previously been arrested by the Romanian police in respect of alleged offences committed in that country.  The Romanian courts have ordered their extradition to the UK upon the conclusion of the domestic proceedings.  The domestic proceedings may take many years.  Initially both Andrew and Tristan Tate were subject to judicial control in Romania, however this has recently been removed in respect of Tristan Tate.

The offences of rape and arranging or facilitating trafficking for sexual exploitation both carry a maximum penalty of life imprisonment.  Applying the UK Sentencing Council Guidelines we consider that, for convictions in respect of a single complainant, that Andrew and Tristan Tate would be liable for sentences in the range of 9-13 years imprisonment with a starting point of 10 years.  However, it should be noted that Andrew Tate faces charges of rape in respect of two different complainants and trafficking in respect of a third. Tristan Tate faces three charges of rape in respect of a different complainant and also trafficking of her.

Undoubtedly, if convicted, Andrew and Tristan Tate will receive lengthy custodial sentences.  The PAR only deals with the original charges, whereas the full extradition request will also include the following further offences, for which further warrants have now been issued in the United Kingdom:

Andrew Tate

1. Rape x 7

4. Assault occasioning Actual Bodily Harm x 3

5. Arranging or facilitating travel for sexual exploitation x 3

2. Making/Distributing Indecent Images of Children x 15

3. Possession of Extreme Pornography x 4

Tristan Tate

1. Rape x 2

2. Sexual Assault x 1

3. Arranging or facilitating travel for sexual exploitation x 3

2

TATE_0005

Therefore, Andrew Tate is to face a total of 42 charges and Tristan Tate 17.  The position faced by Andrew and Tristan Tate is considerably more serious than it was when they were arrested in Romania in March 2024. Upon sentence a judge would have to consider whether consecutive custodial sentences ought to be imposed whilst also having regard to the principle of totality.  Therefore, it is likely that, upon conviction, the judge would impose longer sentences than those set out above, potentially including discretionary life sentences or determinate sentences in the region of 20 years' imprisonment.

**Refusal to return to the UK voluntarily**

There is ongoing civil litigation brought by four women (not complainants in any of the charges) against Andrew Tate. Andrew Tate has enquired in correspondence with the Crown Prosecution Service whether it would be possible for the warrant issued in January 2024 to be suspended to allow him to return to the UK to participate in the High Court proceedings.  When the Crown Prosecution Service refused, Andrew Tate showed no indication that he intends to return to the United Kingdom voluntarily to participate in those proceedings.  This was done as recently as March 26, 2026, in an email to Andrew Tate's solicitors in which the Crown Prosecution service confirmed that a valid warrant remained issued for Andrew Tate's arrest, which stands to be executed should he return to the United Kingdom.

**Foreign Travel**

Both Andrew Tate and Tristan Tate have been permitted to leave Romania on the condition that they return monthly and surrender to the Romanian authorities. Andrew and Tristan Tate are a significant flight risk if released on bail. This is demonstrated by their recent extensive international travel, where several destinations do not have extradition arrangements with either the UK or USA. According to social media posts made by Andrew Tate, both he and Tristan Tate were staying in Dubai in March 2026. Andrew Tate made social media posts on March 15, 2026, showing that he and Tristan had travelled to Hong Kong. On June 2, 2026, Andrew Tate made social media posts showing that he and Tristan Tate were in Russia. On July 7, 2026, a social media post showed Andrew Tate and Tristan Tate together in The Turkish Republic of Northern Cyprus. Andrew and Tristan Tate face the very real possibility of extradition to the UK to stand trial for serious and numerous criminal offending, some with lengthy sentences attracting maximums of life terms of imprisonment if convicted. Therefore, the incentive and propensity for Andrew and Tristan Tate to abscond to a non-extradition country, if granted bail, is both demonstrable and substantial. They have made no attempt to return to the United Kingdom to voluntarily stand trial, despite this option being highlighted to their solicitors in correspondence from the Crown Prosecution Service on July 24, 2025.

TATE_0006

**Andrew Tate and Tristan Tate's Attitude to Extradition**

Both Andrew Tate and Tristan Tate frequently post their whereabouts on social media including suggesting that they intend to evade justice.

Comments attributed to Andrew Tate were reported in a recent article in *The New Yorker, "Andrew Tate's Empire of Abuse"*:

1. *"I'll just run around the world, and I'll be above the jurisdiction of any one place"*.

2. In the same article, Tristan Tate was reported as saying: *"New charging decision = new warrant… Means we're not protected by Romania at all and he can be picked up at anytime from anyplace."* Followed by a voice note saying, *"We're just gonna have to fucking stay in Dubai and the United States and stop traveling and fucking get some extradition lawyers."*

3. Whilst in Hong Kong, Andrew Tate stated *"Now, I'm in Hong Kong. It's all over the media. They're saying extradite me. Why do I never get extradited? Here I am. I'm in Hong Kong. I'm going nowhere. Come get me"*[1].

4. *"The British Government is internationally mocked. No matter where I go, everybody laughs at what a joke the once great Britain has become. Total Clowns"*[2]

**Andrew Tate and Tristan Tate Access to Passports and Finances**

Andrew Tate and Tristan Tate have United Kingdom passports, although Tristan Tate's expired on February 10, 2024.  These were the only passports known to United Kingdom authorities, although it is now known that both also hold US passports. It is believed that Andrew Tate and Tristan Tate have passports from Vanuatu. The United Kingdom authorities have not received alerts of them travelling from Romania, it being believed that that they have been travelling from Romania on passports unknown to UK authorities.  It is believed that they have often done so on private jets.

Andrew Tate has stated in a recorded message (https://www.youtube.com/watch?v=LrIQkdU8XPI) that he has seven different passports and 15 driver's licenses. Within that message he sets out:

*I came up with the idea of why don't I put myself on as many grids as possible?*

*And the goal behind that is that no one grid controls me.*

*So, for example, I have seven passports. I have fifteen driver's licenses.*

---

[1] The original post by TATE on X appears to have been deleted but it has been reposted as part of the video found here https://www.youtube.com/watch?v=SOHRBAualKk

[2] https://x.com/cobratate/status/2035759165382246547?s=48

TATE_0007

*So let's say I'm driving my car and the police stop me, I'll just pull out a licence from some random country. I'm in Romania, I've got a Slovakian plated car, I've got an American driver's license, I've got an Estonian passport and I'm speaking English*

Andrew Tate made numerous posts of Twitter (now *X*) using his previous handle of @OfWudan which demonstrate that he has access to multiple passports, and that he is willing to use false identities to evade law enforcement. Relevant posts are set out within Annex A. That account is no longer accessible via X, but is available via internet archiving (https://archive.is). These posts include:

December 13, 2019:

*You need a bug out spot and a second passport and a bank nobody knows about.*

*…*

*Get foreign incomes and property and passports and drivers licences.*

*…*

*You can't freeze my passport. I have 4.*

December 21, 2019

*I have 5 passports.*

*I also changed my name legally in 3 of the countries so that my passports all have completely different names.*

*I have warrants out for my arrest and travelled freely.*

*…*

*I am above the law.*

May 3, 2020

*I can hide out in Japan with money on a USB stick.*

*Cook islands? Forever? Cool.*

*I have 7 passports.*

August 8, 2020

*Get 5 passports, 5 drivers licenses.*

*Then change your name in a few counties – so you have legit passports.*

*DON'T BE LAZY ITS ESSENTIAL*

August 12, 2020

*Objective one is always escape the hot zone.*

TATE_0008

*French and German police after me on two different names.*

*Heading to east Europe where my connections keep me above the law.*

*April 24, 2021*

*You need at least 2 passports.*

*If you've just got one passport, you're fucked.*

*I've been in situations where they deny my UK passport. So I simply switch to another one and they let me through.*

*…*

*I'm untouchable because I've spent a decade spreading myself into MANY grids.*

*I can be in another country under a different name, with a penthouse, and $300k if things go bad.*

*August 29, 2021*

*Imagine respecting a Spanish court.*

*That just shows you don't have your life in order.*

*There's 8 different Andrews. (THE WAR ROOM)*

*I got 8 lives. 8 licenses and passports*

An image of a Mexican passport, which bears Tristan Tate's photograph, and Tristan Tate's date of birth, but issued in the name 'Vladimir Scorpius' has been posted online. The image was posted by an investigative journalist, who stated that a copy of the passport had been supplied to him by Wise, an online money transfer service provider. It was stated that the copy of the passport had been supplied to Wise by Tristan Tate under a 'Know Your Customer' requirement. Tristan Tate had also provided to Wise a 'selfie' image, and an address in Romania. A video is available online which shows Tristan Tate on a ship, declaring "I'm Captain Vladimir Scorpius[3]". The issue date of the passport is September 7, 2021. On April 21, 2022, Tristan Tate was appointed as a company director for a company in the UK "Scorpius Ltd". Vladimir Scorpius is an arms dealer in the 1988 James Bond novel: *Scorpius.* Evidence that Tristan Tate has access to a passport in a false name gives rise to a substantial risk that he would leave the jurisdiction if released, particularly when considered in the context of Andrew Tate's numerous declarations of holding multiple passports in multiple identities. A copy of the image of the Mexican passport is attached at Annex B.

In the United Kingdom, on December 18, 2024 the Chief Magistrate ordered the forfeiture of £2.7 million to the police from bank accounts related to Andrew Tate, finding that they had failed to pay any tax on £21

---

[3] https://www.youtube.com/shorts/akMWlHksLBs

TATE_0009

million revenue from their online businesses[4].   Further, on August 14, 2025 he ordered the forfeiture of £180,000 which had been paid as a deposit for an Aston Martin supercar. Both Andrew Tate and Tristan Tate have access to considerable financial resources.  In July 2026 Andrew Tate posted a video tour on social media of a $50m, 41 metre super-yacht, *"Obsidian Blade"* which he is reported to be having built in Bodrum, Turkey, and which is reported to be due for completion in 2027.

**Andrew Tate and Tristan Tate's Social Media following**

Andrew and Tristan Tate have a considerable online social media presence: Andrew Tate has 10.8 million followers on X.  It is believed that Andrew and Tristan Tate would attempt to draw upon that network to provide practical assistance or financial support to escape the jurisdiction and to avoid extradition proceedings if released.

**Conclusion on flight risk**

Given the likely sentences that they would receive upon conviction, their access to multiple passports and financial resources, notwithstanding that they have complied with the judicial control in Romania, it is asserted that they pose a considerable flight risk given the number and gravity of the offences which they now face. Andrew Tate has made statements which demonstrate that he has access to multiple passports, and that he would be willing to use his resources to evade justice. They have also mocked the United Kingdom authorities in terms of their extradition.  They could of course have returned to the United Kingdom voluntarily to face trial but have not done so.  We do not consider that any measures that the Court could impose could mitigate the significant risk that they would fail to surrender to the jurisdiction of the Court.

**Interference with Witnesses**

There are substantial grounds to believe that Andrew Tate and Tristan Tate would attempt to identify and interfere with witnesses if released.

Andrew and Tristan Tate have gone to strenuous efforts to attempt to identify who the complainants are in this case. The Crown Prosecution Service has, since March 2024, received persistent correspondence from the lawyers representing Andrew and Tristan Tate in England, requesting that the complainants should be identified. Despite the Crown Prosecution Service's clear responses in writing that the identities of the complainants were being withheld to safeguard those individuals, the request has been repeated on a

---

[4] CCDC v TTJ ruling

TATE_0010

number of occasions. Andrew and Tristan Tate even, via their lawyers, offered £20,000 as a security in exchange for the release of the complainant's names, on the promise not to publish or reveal the complainant's names in public. When that offer was declined, they increased their offer to a total of £40,000 (£20,000 from Andrew and £20,000 from Tristan Tate). When that offer was declined by the Crown Prosecution Service, Andrew and Tristan Tate sought judicial review of the decision of the Crown Prosecution Service in the High Court of England and Wales, arguing that the decision was unreasonable and amounted to a breach of their human rights. The judge in that case rejected the arguments of Andrew and Tristan Tate and found them to be unarguable. He found that the decision of the prosecutor was not unreasonable and that the prosecutor's description of the Tates as "notorious" was not unfair. He found that the fact that Andrew and Tristan Tate are banned from all Google-owned social media platforms to be consistent with that description.

Andrew Tate and Tristan Tate also face a number of allegations in Romania, including charges of rape, human trafficking and forming an organised crime group. The UK has received consent from the Romanian authorities to include details of their recently expanded case against Andrew and Tristan Tate.  In July 2026 the Romanian case against Andrew and Tristan Tate was expanded to include further offences that arose from the initial charges, offences that allege that Andrew and Tristan Tate attempted to interfere with witnesses. Those offences allege:

    i)    On 28.09.2023 and 29.09.2023, the named ANDREW TATE tried to determine the named [R] and [Z] through facts with a manifestly intimidating effect (posting on 28.09.2023, on the social network X (formerly Twitter) a false conversation denigrating the injured person [R], and on 29.09.2023 he falsely warned the witness [Z] about the fact that DIICOT is conducting a criminal investigation against him), not to give statements or to give false statements in the present case;

    ii)    Between December 2023 and January 2024, the named ANDREW TATE tried to determine the injured person [B] through acts of corruption (offering him the amount of 5000 euros of which he actually remitted the amount of 2500 euros), not to give statements or to give false statements in the present case;

    iii)    "Influencing the statements" – by reporting the said [A], an act provided for and penalised by art. 272 para. 1 of the Criminal Code, consisting in the fact that: during the months of October - November 2023, the said TRISTAN TATE tried to determine the witness [A] both through acts of corruption (offering a sum of money to pay for transport expenses – plane

8

tickets, accommodation at a hotel in Bucharest and gifts, as well as providing legal assistance through their own lawyers), as well as through other acts with an intimidating effect (false warnings about the fact that the witness will be intimidated, manipulated and insulted by the criminal investigation bodies) not to appear before the criminal investigation bodies on the date and time mentioned in the summons received or not to give statements or false statements in the present case.

Andrew and Tristan Tate have attempted to intimidate another of the complainants within the Romanian case, complainant 'E'. Andrew and Tristan Tate have brought a defamation case against [E], alleging that she has made false statements within the Romanian case. Andrew and Tristan Tate's lawyer, [M], has spoken publicly about this lawsuit, appearing on a podcast called "Fresh and Fit" which streamed on 8 September 2024 and remains available still online. In that podcast, [E] was named as being one of the complainants in the Romanian case. The podcast was referred to in the recent New Yorker article *Tate's Empire.* As set out within the article:

> To publicize the case, [M] appeared on "Fresh and Fit," a popular podcast in the manosphere. He called [E] "pure evil" and said that she had used sex to "lure men in" for ten years—that is, since she was twelve. "One guy is serving a sentence he should not be serving in jail," he claimed. "Another guy arguably killed himself due to his interactions with her." If the case went to trial, he said, "I will rip her to shreds . . . body bag, for sure." Or, he said, she could rescind her testimony, "and the whole thing just stops." ([M] denies engaging in witness intimidation.)

The article continues:

> [M] published [E]'s name, birth date, and passport number, along with her parents' address. Then [A] [an 'influencer'] shared a distraught voice note that she had sent to [F] [a former boyfriend of [E]] years before, after her ex-boyfriend died by suicide. The post was headed "Unveiling The Woman Who Targeted Unsuspecting Men." [Another influence] devoted an episode of her show to unpacking the claims about [E]. [M] arranged for [a well-known journalist] to fly to Romania for a fawning interview with Tate, which drew a hundred and twelve million views. [M] later said in a private chat that it had taken him "2 years of relentless work to shift the J6 narrative," but that he was already "75% there on completely shifting American thought on Tate."

> In the next few months, posts attacking [E] went viral on social media, and her accounts were deluged with threats— "I'm getting a hitman," "You deserve to die." The Tates' advisers warned them not to

9

TATE_0012

publicly take part in the smears. Instead, they proposed a "pussy" strategy: letting the affiliate network "have fun with the subject" while the brothers maintained a plausible distance.

One of Andrew Tate's X accounts, as of September 2025, had 10,800,000 followers across the world. On September 16, 2025, Andrew Tate posted images of a male on that same X account and stated *"10k reward for this man's identity and work place".* In less than 10 hours, that post had 2,800,000 views. This is indicative of the lengths that Andrew and Tristan Tate are likely to go, to identify and to intimidate witnesses if bail is granted.

**Conclusion on interference with witnesses**

Both Andrew and Tristan Tate have significant resources available to them, both in terms of money and in social media networks. All of the complainants in this case are vulnerable and in fear of Andrew and Tristan Tate because of the violence used towards them – several of the complainants describe being assaulted and threatened with weapons – and because of the resources available to Andrew and Tristan Tate, and because of their propensity to intimidate vulnerable complainants.

Yours sincerely,

Ben Southam
Senior Specialist Prosecutor
Special Crime and Counter Terrorism Division

TATE_0013

Andrew Tate and Tristan Tate – US detention letter

Annex A



Andrew Tate and Tristan Tate – US detention letter

Annex A



TATE_0015

Andrew Tate and Tristan Tate – US detention letter

Annex A



TATE_0016

Andrew Tate and Tristan Tate – US detention letter

Annex A



**Master Po - Andrew Tate** @OfWudan · Dec 13, 2019
The war room is opening casinos for soldiers next year.

Full details below.

Already had 5 men come in as 50/50 partners with me on locations.

Off grid earnings and a Romanian passport.

Piles of cash and impossible to trace.

ANTI FRAGILITY.

twitter.com/ofwudan/status...

This Tweet is unavailable.

💬 1       ↻       ♡ 42       ılıl       ↑

**Master Po - Andrew Tate** @OfWudan · Dec 21, 2019
I have 5 passports.

I also changed my name legally in 3 of the countries so that my passports all have completely different names.

I have had warrants out for my arrest and travelled freely.

I am smarter than you.

I am Steven Seagal.

I am above the law.

💬 6       ↻ 14       ♡ 160       ılıl       ↑

**Master Po - Andrew Tate** @OfWudan · Oct 8, 2020
Learn

> **Master Po - Andrew Tate** @OfWudan · Oct 29, 2019
> You pussys are fragile.

TATE_0017

Andrew Tate and Tristan Tate – US detention letter

Annex A



TATE_0018

Andrew Tate and Tristan Tate – US detention letter

Annex A



TATE_0019

Andrew Tate and Tristan Tate – US detention letter

Annex A



TATE_0020

Andrew Tate and Tristan Tate – US detention letter

Annex A



TATE_0021

Andrew Tate and Tristan Tate – US detention letter

Annex A



TATE_0022

Andrew Tate and Tristan Tate – US detention letter

Annex A



TATE_0023

Andrew Tate and Tristan Tate – US detention letter

Annex A



TATE_0024

Andrew Tate and Tristan Tate – US detention letter

Annex A



TATE_0025

Andrew Tate and Tristan Tate – US detention letter

Annex A



TATE_0026

Andrew Tate and Tristan Tate – US detention letter

Annex A



TATE_0027

Andrew Tate and Tristan Tate – US detention letter

Annex A



TATE_0028

Andrew Tate and Tristan Tate – US detention letter

Annex A



TATE_0029

Andrew Tate and Tristan Tate – US detention letter

Annex A



TATE_0030

Andrew Tate and Tristan Tate – US detention letter

Annex A



TATE_0031

Andrew Tate and Tristan Tate – US detention letter

Annex B





## Home Office

## C.R.

In forwarding the annexed papers, to be used in support of an application for pretrial detention of Emory Andrew Tate, pending extradition from the United States of America, who is accused of:

· Rape contrary to section 1 Sexual Offences Act 2003,

· Facilitating travel for exploitation contrary to sections 2(1) and 5(1) of the Modern Slavery Act 2015,

· Assault occasioning actual bodily harm contrary to section 47 of Offences Against the Person Act 1861,

· Controlling prostitution contrary to Section 53 of Sexual Offences Act 2003.

I hereby certify that, to the best of my knowledge and belief, the signature on the supplementary documentation dated 6 August 2026 contained herein is the signature of Ben Southam at the UK Crown Prosecution Service.

I further certify that the documents authenticated here are in support of pretrial detention pending the request for the extradition of Emory Andrew Tate.

Date: 10 August 2026

Noorel Haque
Senior Extradition Caseworker
UK Central Authority
Home Office

TATE_0033

ome Office

.R.

forwarding the annexed papers, to be used in support of an application for pretrial etention of Tristan Tate, pending extradition from the United States of America, who accused of:

Rape contrary to section 1 Sexual Offences Act 2003,

Facilitating travel for exploitation contrary to sections 2(1) and 5(1) of the Modern Slavery Act 2015,

Assault occasioning actual bodily harm contrary to section 47 of Offences Against the Person Act 1861,

I hereby certify that, to the best of my knowledge and belief, the signature on the supplementary documentation dated 6 August 2026 contained herein is the signature of Ben Southam at the UK Crown Prosecution Service.

I further certify that the documents authenticated here are in support of pretrial detention pending the request for the extradition of Tristan Tate.

Date: 10 August 2026

Noorel Haque
Senior Extradition Caseworker
UK Central Authority
Home Office

TATE_0034