# EXHIBIT 4

VIDEO EXHIBIT TO BE PROVIDED ON A FLASH DRIVE