# EXHIBIT 7

VIDEO EXHIBIT TO BE PROVIDED ON A FLASH DRIVE