# EXHIBIT 8

VIDEO EXHIBIT TO BE PROVIDED ON A FLASH DRIVE