# EXHIBIT 9

VIDEO EXHIBIT TO BE PROVIDED ON A FLASH DRIVE