AO386-C

**GOVERNMENT EXHIBIT**

CASE NO. 26-mj-03259/03260-LFL

EXHIBIT NO. 10

SALES INVOICE    --S.B.U.--

MIAMI FDC

MAIN

ACCOUNT No. 52355506              TF74153

TATE, TRISITIN

08/05/2026 Time 13:22:34          TX ID 5838797

Receipt# 116

BEGINNING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $2,583.99

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | ALL-SEASONED CHIPS | $2.30 |
| 1 | BOWL W/LID | $1.00 |
| 1 | CHILI, RAMEN NOODLE SOUP | $0.75 |
| 1 | CLEAR THERMAL MUG | $4.55 |
| 1 | COLUMBIAN COFFEE | $8.85 |
| 1 | DORITOS, SPICY SWEET CHILLI | $3.25 |
| 1 | HEAVY SPOON | $0.50 |
| 1 | LEGAL CANARY TABLET | $2.80 |
| 1 | LOW SODIUM RAMEN CHICKEN SOUP | $0.75 |
| 1 | MENS SPEED DTICK | $2.90 |
| 1 | RAMEN ROAST CHICKEN SP 2400 PR | $0.75 |
| 1 | SNICKERS BAR | $1.90 |
| 2 | TURKEY & SWISS COMBO STICK | $3.60 |
| 1 | TWIX | $1.95 |
| 1 | VO5 3N1 SHAMP/COND/BODY | $1.85 |
| | # ITEMS SOLD: 16 | |
| | CHARGE 52355506 | $37.70 |

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $2,546.29

Signature

---

SALES INVOICE    --S.B.U.--

MIAMI FDC

MAIN

ACCOUNT No. 52354506              TF74153

TATE, EMORY ANDREW

08/05/2026 Time 13:26:24          TX ID 5838798

Receipt# 117

BEGINNING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $3,564.99

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | ALL-SEASONED CHIPS | $2.30 |
| 1 | BOWL W/LID | $1.00 |
| 1 | CHILI, RAMEN NOODLE SOUP | $0.75 |
| 1 | CLEAR THERMAL MUG | $4.55 |
| 1 | COLUMBIAN COFFEE | $8.85 |
| 1 | DORITOS, SPICY SWEET CHILLI | $3.25 |
| 1 | HEAVY SPOON | $0.50 |
| 1 | LEGAL CANARY TABLET | $2.80 |
| 1 | LOW SODIUM RAMEN CHICKEN SOUP | $0.75 |
| 1 | MENS SPEED DTICK | $2.90 |
| 1 | RAMEN ROAST CHICKEN SP 2400 PR | $0.75 |
| 1 | SNICKERS BAR | $1.90 |
| 2 | TURKEY & SWISS COMBO STICK | $3.60 |
| 1 | TWIX | $1.95 |
| 1 | VO5 3N1 SHAMP/COND/BODY | $1.85 |
| | # ITEMS SOLD: 16 | |
| | CHARGE 52354506 | $37.70 |

ENDING BALANCES:

Available Balance is N/A

Spending Limit Balance is N/A

Account Balance is $3,527.29

Signature

TATE_0054