AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 26-mj-03259/03260-LFL

EXHIBIT NO. 11 (composite)



**Andrew Tate** ✔ ♟
@Cobratate

X**.com**

I have received over 800 books, thank you!

However, they told me that I am only allowed 5 at a time, so I won't see many of these.

BUT they MUST deliver me all mail, so feel free to send me letters.

10:28 AM · 8/8/26 · **478K** Views



**Andrew Tate** ✔ ♟
@Cobratate

X**.com**

In the Special Housing Unit my neighbor is picking paint off the wall and eating it.

I am reading All Quiet on The Western Front by the slitter of a street lamp that enters my cell.

The duality of man.

10:48 AM · 7/25/26 · **802K** Views

💬 322     🔁 868     ♡ 11K     🔖 362     ↥

Relevant ⌄                              View quotes ›

TATE_0055



**Andrew Tate** ✔ 🔒
@Cobratate

X.com

I have begun to receive my letters and packages via the prison mailing system.

I'm not sure what address you're sending them to, can someone who sent a successful letter please post the address as a comment.

I have thousands, my own cart just for me, and it takes them a while to get them organized.

Much to the staff's dismay ;)

To anyone who wants to send me books, please send books on:

The American Civil War
The Falklands War
The real reason for WW1 (Duke Ferdinand is BS)
Crosswords and Sudoku.

No fiction please.

I prefer the real-life action of men who risk their lives for the greater good. The heroes of the past.

    

please post the address as a comment.

I have thousands, my own cart just for me, and it takes them a while to get them organized.

Much to the staff's dismay ;)

To anyone who wants to send me books, please send books on:

The American Civil War
The Falklands War
The real reason for WW1 (Duke Ferdinand is BS)
Crosswords and Sudoku.

No fiction please.

I prefer the real-life action of men who risk their lives for the greater good. The heroes of the past.

THE MEN WHO WENT DOWN IN HISTORY.

Very inspiring as the man currently living that path.

Love you all.

2:40 PM · 8/3/26 · **1.3M** Views



TATE_0056



**Andrew Tate** ✔ ♟ @Cobrat... · 7/29/26     𝕏
Thousands of letters received from the UK.

They all say that we're heroes, that everyone loves us, and that nobody in the UK believes the government.

They're also asking me why the U.S. is treating me this way.

I wish I had an answer.

💬 253      🔁 1K          ♡ 9.9K      ılıl 692K    🔖  ⬆️

TATE_0057