UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-03259-LFL
Case No. 26-mj-03260-LFL

IN THE MATTER OF EXTRADITION OF
TRISTAN TATE
_______________________________________/

IN THE MATTER OF EXTRADITION OF
EMORY ANDREW TATE
_______________________________________/

**EMORY ANDREW TATE AND TRISTAN TATE'S UNOPPOSED MOTION FOR LEAVE TO FILE JOINT REPLY IN EXCESS OF THE PAGE LIMIT**

Pursuant to Local Rule 7.1(c)(2) of the Southern District of Florida, Andrew and Tristan Tate respectfully request leave to file their Joint Reply in Support of their Motion for Release Pending Extradition Proceedings and Opposition to the Government's Request for Detention in excess of the 10-page limitation. Although each brother could have filed his own 10-page reply, the brothers intend to consolidate their arguments into a single, joint reply. Undersigned is still drafting and will endeavor to make the reply as succinct as possible, but requests permission to file a reply no more than 30 pages in length. Undersigned intends to file in 14 point font, which makes the brief longer but easier to read.

Given the joint nature of the filing and the issues presented, the fact that the government's response [DE#37] was 36 pages and included factual allegations

brought for the first time, the brothers respectfully request leave to file a reply in excess of the 10-page limit, not to exceed 30 pages. The government does not oppose.

Respectfully submitted,

*/s/ Thomas Maniotis*
**THOMAS MANIOTIS**
Florida Bar No. 122414
EQUITY LEGAL, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, Florida 33126
(305) 407-1005
tamaniotis@equitylegalfirm.com
Counsel for Defendants

*/s/ Howard Srebnick*
*/s/ Alexa Klein*
**HOWARD SREBNICK** (FBN 919063)
**JACKIE PERCZEK** (FBN 042201)
**ALEXA KLEIN** (FBN 1002299)
**JAKE GOLDMAN** (FBN 1074657)
BLACK SREBNICK
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

HSrebnick@RoyBlack.com
JPerczek@RoyBlack.com
AKlein@RoyBlack.com
JGoldman@RoyBlack.com

*/s/ Joseph D. McBride*
**JOSEPH D. MCBRIDE**
New York Bar No. 5445879
THE MCBRIDE LAW FIRM, PLLC
305 Broadway, Suite 700
New York, New York 10007
(917) 757-9537
jmcbride@mcbridelawnyc.com
Admitted Pro Hac Vice
Co-Counsel for Defendants

/s/ *Stephen James Binhak*
**STEPHEN JAMES BINHAK**
Florida Bar Number 736491
LAW OFFICES OF STEPHEN JAMES BINHAK
One Southeast Third Avenue, Suite 1800
Miami, Florida 33131
(305) 361-5500
binhaks@binhaklaw.com