AO386-C
GOVERNMENT EXHIBIT
CASE NO. 26-mj-03259/03260-LFL
EXHIBIT NO. 3

GUVERNUL ROMÂNIEI

MINISTERUL JUSTIȚIEI

*Via e-mail*
Our ref: 3836/27.07.2026

U.S. DEPARTMENT OF JUSTICE
Criminal Division
Office of International Affairs
1301 New York Avenue, N.W.
Suite 800
Washington DC 20005

*Re: Treaty on Mutual Legal Assistance in Criminal Matters between Romania and The United States of America, signed on May 26th 1999 in Washington - Emory Andrew Tate and Tristan Tate*

The Ministry of Justice of Romania presents its compliments to the United States Department of Justice and, further to this Ministry's letter dated 24 July 2026 and the subsequent request for additional information received by email on the same date regarding the U.S. court proceedings concerning the extradition of Emory Andrew Tate and Tristan Tate to the United Kingdom, has the honour to transmit the attached letter No. 2557/D/P/2023 dated 27.07.2026 issued by the Prosecutor's Office attached to the High Court of Cassation and Justice - Directorate for Investigating Organized Crime and Terrorism (D.I.I.C.O.T.).

This letter, together with our previous letter transmitted to your office, may be filed before the U.S. courts.

The Romanian Ministry of Justice avails itself of this opportunity to renew to the U.S. Department of Justice the assurances of its highest consideration.

Dana Maria ROMAN

Director

Directorate for International Law and Judicial Cooperation

ROMÂNIA * Direcția Drept Internațional și Cooperare Judiciară * MINISTERUL JUSTIȚIEI

Str. Apolodor nr. 17, sector 5, 050741 București, România
Tel. +4 037 204 1999
www.just.ro

R O M Â N I A
MINISTERUL PUBLIC
PARCHETUL DE PE LÂNGĂ
ÎNALTA CURTE DE CASAȚIE ȘI JUSTIȚIE
DIRECȚIA DE INVESTIGARE A INFRACȚIUNILOR DE CRIMINALITATE ORGANIZATĂ
ȘI TERORISM
STRUCTURA CENTRALĂ
SECȚIA DE COMBATERE A CRIMINALITĂȚII ORGANIZATE
[redacted] [redacted]
Sfânta Vineri, nr. 33, sector 3, mun. București, contact@diicot.ro, cod operator 16051
Telefon/Fax: 021 311.85.70

**Dosar penal nr. 2557/D/P/2023**

**27.07.2026**

**Către,**

**MINISTERUL JUSTIȚIEI - Serviciul cooperare judiciară internațională în materie penală**
**Direcția Drept Internațional și Cooperare Judiciară**

Având în vedere solicitarea formulată de Departamentului de Justiție al S.U.A. - SECȚIA PENALĂ, de furnizare a unor informații suplimentare referitoare la răspunsul comunicat în data de 27.07.2026, formulăm următoarele precizări, în vederea completării și clarificării aspectelor transmise inițial, precum și a aspectelor cu privire la care ați solicitat informații suplimentare, după cum urmează:

Din probatoriul administrat în cauză rezultă că numiții TATE III Emory Andrew și TATE Tristan, în perioada în care se aflau sub măsura arestului preventiv, cât și ulterior, după ce au fost puși sub măsura preventivă a controlului judiciar, **respectiv în perioada ianuarie 2023 – iulie 2024**, având cunoștință de existența unui dosar penal care îi vizează, dosar penal în cadrul căruia se desfășurau activități de administrare a probelor prin audierea a persoanelor vătămate, au desfășurat în mod constant demersuri menite să influențeze declarațiile acestora.

În acest scop, TATE III Emory Andrew și TATE Tristan au încercat să determine / au determinat persoanele audiate să nu dea declarații în cauză, să formuleze declarații mincinoase ori să își retragă declarațiile anterior date, recurgând, după caz, la acte de corupere constând în oferirea de sume de bani și bunuri, precum și la acte de constrângere, materializate prin amenințări, prin divulgarea, fără drept, în spațiul public, a unor documente și informații privind viața privată a persoanelor vătămate și a membrilor familiilor acestora, demersuri ce au avut ca finalitate expunerea persoanelor vătămate la un val de amenințări și acte de hărțuire în mediul online, primind numeroase mesaje cu caracter intimidant, inclusiv amenințări cu moartea, provenite de

la susținători ai celor doi, împrejurări care au afectat în mod semnificativ viața privată, starea de siguranță și integritatea psihică a persoanelor vătămate.

De asemenea, TATE III Emory Andrew și TATE Tristan au indus persoanelor vătămate percepția că organele de urmărire penală ar exercita presiuni asupra acestora, le-ar dicta declarațiile și ar încerca să le influențeze conduita procesuală, cu consecința afectării libertății de exprimare și a caracterului sincer al declarațiilor, implicându-se totodată în asigurarea asistenței juridice a persoanelor chemate la audiere, respectiv prin angajarea unor apărători loiali intereselor celor doi inculpați, care să le asiste în cadrul procedurilor de audiere, demersuri de natură să exercite o presiune asupra persoanelor vătămate și să afecteze libertatea de exprimare a acestora.

Sub aceste aspecte, în cazul numitului TATE III Emory Andrew s-a reținut că, în perioada ianuarie 2023 – iulie 2024, a influențat ori a încercat să influențeze un număr de 7 persoane vătămate, în vederea determinării acestora să dea declarații mincinoase, să nu dea declarații sau să își retragă declarațiile, iar în cazul numitului TATE Tristan s-a reținut că, în perioada august 2023 – mai 2024, a influențat ori a încercat să influențeze un număr de 12 persoane vătămate, în aceleași împrejurări, fapte care se circumscriu infracțiunii de influențarea declarațiilor, săvârșită în formă continuată.

În final, vă comunicăm că suntem de acord ca infromațiile să fie folosite în fața instanței, așa cum au fost transmise.

Cu stimă,

**PROCUROR ȘEF SECȚIE,**
**TODORAN ADRIAN-PETRE**

**PROCUROR ȘEF SERVICIU,**
**LAURA CEH**

MINISTRY OF JUSTICE
[logo: Government of Romania]

*Via e-mail*
Our ref: 3836/27.07.2026

U.S. DEPARTMENT OF JUSTICE
Criminal Division
Office of International Affairs
1301 New York Avenue, N.W.
Suite 800
Washington DC 20005

*Re: Treaty on Mutual Legal Assistance in Criminal Matters between Romania and The United States of America, signed on May 26th 1999 in Washington - Emory Andrew Tate and Tristan Tate*

The Ministry of Justice of Romania presents its compliments to the United States Department of Justice and, further to this Ministry's letter dated 24 July 2026 and the subsequent request for additional information received by email on the same date regarding the U.S. court proceedings concerning the extradition of Emory Andrew Tate and Tristan Tate to the United Kingdom, has the honour to transmit the attached letter No. 2557/D/P/2023 dated 27.07.2026 issued by the Prosecutor's Office attached to the High Court of Cassation and Justice - Directorate for Investigating Organized Crime and Terrorism (D.I.I.C.O.T.).

This letter, together with our previous letter transmitted to your office, may be filed before the U.S. courts.

The Romanian Ministry of Justice avails itself of this opportunity to renew to the U.S. Department of Justice the assurances of its highest consideration.

Dana Maria ROMAN

Director
Directorate for International Law and Judicial Cooperation

[seal: **ROMANIA**
Directorate of International Law and Judicial Cooperation
ROMANIA Coat of arms
MINISTRY OF JUSTICE]

[Romania Coat of arms]

[Logo: Directorate for Investigating Organized Crime and Terrorism]

**R O M A N I A**
**PUBLIC MINISTRY**
**PROSECUTOR'S OFFICE ATTACHED TO**
**THE HIGH COURT OF CASSATION AND JUSTICE**
**DIRECTORATE FOR INVESTIGATING ORGANIZED CRIME AND TERRORISM**
**CENTRAL STRUCTURE**
**SECTION FOR COMBATING ORGANIZED CRIME**

**Sfanta Vineri No. 33, Sector 3, Bucharest, contact@diicot.ro, operator code** 16051
**Phone/Fax: 021 311. 85.70**

**Criminal Case No. 2557/D/P/2023** **07.27.2026**

**To,**

**THE MINISTRY OF JUSTICE – International Judicial Cooperation in Criminal Matters Service, Directorate of International Law and Judicial Cooperation**

In response to the request submitted by the U.S. Department of Justice – CRIMINAL DIVISION, to provide additional information regarding the response sent on 07.27.2026, we provide the following facts to supplement and clarify the information provided initially, as well as the matters for which you requested additional information, as follows:

The evidence presented in this case shows that the defendants Emory Andrew TATE III and Tristan TATE, while held in custody in pretrial detention, as well as subsequently, after they were placed under judicial supervision, **respectively**, **between January 2023-July 2024**, were aware of the charges against them, during criminal procedures related to the case, interviews of the victims were conducted in order to gather evidence, and consistently the defendants took steps intended to influence the victims' statements.

Therefore, Emory Andrew TATE III and Tristan TATE attempted to persuade or did persuade the individuals being interviewed not to make any statements related to the case, to make false statements, or to retract their previous statements. They resorted to acts of bribery consisting of offering money and property to the victim, as well as acts of coercion, manifested through threats and the unauthorized disclosure to the public of documents and information regarding the private lives of the victims and their family members. These actions were intended to expose the victims to a wave of threats and online harassment through numerous intimidating messages,

including death threats, sent by supporters of the two defendants. These messages significantly affected the victims' privacy, safety, and mental well-being.

Furthermore, Emory Andrew TATE and Tristan TATE led the victims to believe that law enforcement agencies were exerting pressure on them, dictating their statements, and attempting to influence their conduct during the proceedings. This resulted in the impairment of freedom of expression and the truthfulness of the statements, while also interfering with the legal representation for those summoned to hearings, specifically, by hiring defense attorneys loyal to the interests of the two defendants to assist them during the hearing proceedings, actions intended to exert pressure on the victims and impair their freedom of expression.

In this regard, in the case of Emory Andrew TATE III, it was found that, between January 2023-July 2024, he influenced or attempted to influence 7 victims with the aim of inducing them to make false statements, to refrain from making any statements, or to retract their statements; and in the case of the defendant Tristan TATE, it was found that, between August 2023-May 2024, he influenced or attempted to influence a total of 12 victims under the same circumstances. These acts constitute the offense of influencing statements, committed on a continuing basis.

Finally, we hereby inform you that we agree for the information to be shared with the court, as submitted.

Sincerely,

**CHIEF DIVISION PROSECUTOR,**
**TODORAN ADRIAN-PETRE**
[*Signature*]

[Stamp:
PUBLIC MINISTRY
ROMANIA
PROSECUTOR'S OFFICE ATTACHED
TO THE HIGH COURT OF
CASSATION AND JUSTICE
Directorate For Investigating Organized
Crime and Terrorism
CENTRAL STRUCTURE
SECTION FOR COMBATING
ORGANIZED CRIME]

**CHIEF DEPARTMENT PROSECUTOR,**
**CEH LAURA**
[*Signature*]