AO386-C
GOVERNMENT EXHIBIT
CASE NO. 26-mj-03259/03260-LFL
EXHIBIT NO. 6



**Andrew Tate**
@Cobratate

X.com

When my super yacht is finished Im joining the Flotilla.

14:33 · 02/10/2025 · **1.1M** Views