AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 26-mj-03259/03260-LFL
EXHIBIT NO. 10

SALES INVOICE --S.B.U.--
MIAMI FDC
MAIN
ACCOUNT No. 52355506 TF74153
TATE, TRISITIN
08/05/2026 Time 13:22:34 TX ID 5838797
Receipt# 116

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,583.99

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | ALL-SEASONED CHIPS | $2.30 |
| 1 | BOWL W/LID | $1.00 |
| 1 | CHILI, RAMEN NOODLE SOUP | $0.75 |
| 1 | CLEAR THERMAL MUG | $4.55 |
| 1 | COLUMBIAN COFFEE | $8.85 |
| 1 | DORITOS, SPICY SWEET CHILLI | $3.25 |
| 1 | HEAVY SPOON | $0.50 |
| 1 | LEGAL CANARY TABLET | $2.80 |
| 1 | LOW SODIUM RAMEN CHICKEN SOUP | $0.75 |
| 1 | MENS SPEED DTICK | $2.90 |
| 1 | RAMEN ROAST CHICKEN SP 2400 PR | $0.75 |
| 1 | SNICKERS BAR | $1.90 |
| 2 | TURKEY & SWISS COMBO STICK | $3.60 |
| 1 | TWIX | $1.95 |
| 1 | VO5 3N1 SHAMP/COND/BODY | $1.85 |
| | # ITEMS SOLD: 16 | |
| | CHARGE 52355506 | $37.70 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $2,546.29

Signature

SALES INVOICE --S.B.U.--
MIAMI FDC
MAIN
ACCOUNT No. 52354506 TF74153
TATE, EMORY ANDREW
08/05/2026 Time 13:26:24 TX ID 5838798
Receipt# 117

BEGINNING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,564.99

| QTY | DESCRIPTION | PRICE |
|---|---|---|
| 1 | ALL-SEASONED CHIPS | $2.30 |
| 1 | BOWL W/LID | $1.00 |
| 1 | CHILI, RAMEN NOODLE SOUP | $0.75 |
| 1 | CLEAR THERMAL MUG | $4.55 |
| 1 | COLUMBIAN COFFEE | $8.85 |
| 1 | DORITOS, SPICY SWEET CHILLI | $3.25 |
| 1 | HEAVY SPOON | $0.50 |
| 1 | LEGAL CANARY TABLET | $2.80 |
| 1 | LOW SODIUM RAMEN CHICKEN SOUP | $0.75 |
| 1 | MENS SPEED DTICK | $2.90 |
| 1 | RAMEN ROAST CHICKEN SP 2400 PR | $0.75 |
| 1 | SNICKERS BAR | $1.90 |
| 2 | TURKEY & SWISS COMBO STICK | $3.60 |
| 1 | TWIX | $1.95 |
| 1 | VO5 3N1 SHAMP/COND/BODY | $1.85 |
| | # ITEMS SOLD: 16 | |
| | CHARGE 52354506 | $37.70 |

ENDING BALANCES:
Available Balance is N/A
Spending Limit Balance is N/A
Account Balance is $3,527.29

Signature