**CERTIFICATE OF ACCURACY**

**Re**: Translation of a United Mexican States Certificate of Unique Population Registry Code for Foreigners in name of Vladimir Scorpius and the accompanying letter (on the same page) dated August 17, 2026, from the Ministry of the Interior.

I, MARY HOLMES IACOBELLI, attest that I am a Federally Certified Court Interpreter, a State of Florida Certified Spanish Court Interpreter, hold a certification from the National Association of Judiciary Interpreters and Translators (NAJIT) and have a Master of Arts (MA) in Translation and Interpreting. I hereby certify that I have translated the above referenced document from Spanish into English, and that to the best of my knowledge, ability and belief, the translation into English is a true, accurate and complete translation of the Spanish language document provided to me by email.

*Mary Holmes Iacobelli*
Mary Holmes Iacobelli, MATI, LL.M, MBA
DATE: August 30, 2026

AO386-C
GOVERNMENT EXHIBIT
CASE NO. 26-mj-03259/03260-LFL
EXHIBIT NO. 15a1