AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 26-mj-03259/03260-LFL
EXHIBIT NO. 17

**Andrew Tate** @Cobra... · 12/27/22
Hello @GretaThunberg

I have 33 cars.

My **Bugatti** has a w16 8.0L quad turbo.

My TWO Ferrari 812 competizione have 6.5L v12s Show more



31K 26K 201K 216M

**Andrew Tate**
@Cobratate
X.com

My humble daily driver understated 900 horsepower v12 Aston Martin Vanquish.

I have 103 cars and it's one of my favorites 🌸❤️ 🌸



3:09 PM · 6/15/26 · **487K** Views

**tristantateofficiall**




12.4K 49 141 449

**tristantateofficiall** Keys to life success that require ZERO talent... more
May 29