AO386-C
GOVERNMENT EXHIBIT
CASE NO. 26-mj-03259/03260-LFL
EXHIBIT NO. 18

**Andrew Tate** @Cobratate · Sep 2, 2025

Bulgaria bound to see Sofia ❤️




671 588 12K 1.2M

**Andrew Tate** @Cobratate · Dec 8, 2025

When we flew on my private jet from Dubai to Romania to play smash bros for 30 minutes and then flew right back.




**Andrew Tate** @Cobratate · Jan 27

GM



518 110 1.9K 282K

**Andrew Tate** @Cobratate · Dec 31, 2025

HAPPY NEW YEAR! 🎊




777 522 12K 421K

**Andrew Tate** @Cobratate · Jan 2

Incase you brokeys ever wondered what it looks like while you wait for your jet to be fueled.

Advert in the background for jointherealworld.com



**Andrew Tate** @Cobratate · Jan 28

GM Bahamas



281 223 5.5K 322K

**Andrew Tate** @Cobratate · Jan 30

Tate Confidential 333B - We've Been Here Forever




130 106 1.3K 260K

**Andrew Tate** @Cobratate · Jan 4

I'm in Romania and have my old EM studio for the first time in months.

3000 retweets will run an EM just talking about 2026.

Have a laugh be racist make fun of women.

Good old days ❤️😊

337 1.2K 5.6K 310K