UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-mj-03259-LFL
Case No. 26-mj-03260-LFL

IN THE MATTER OF EXTRADITION OF
TRISTAN TATE
_________________________________/

IN THE MATTER OF EXTRADITION OF
EMORY ANDREW TATE
_________________________________/

# DEFENDANTS' EXHIBIT LIST

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENDANTS' ATTORNEYS |
|---|---|---|
| Magistrate Judge<br>Lauren F. Louis | AUSA Alejandra L. López<br>AUSA Abbie D. Waxman | Howard Srebnick<br>Jackie Perczek<br>Alexa Klein<br>Jake Goldman<br>Joseph D. McBride<br>Thomas Maniotis<br>Stephen James Binhak |

| Def Ex. No. | Date Offered | Admitted | Description |
|---|---|---|---|
| 1 | 08/27/2026 | 08/27/2026 | June 26, 2026, Approved Judgment, U.K. Court, Case No. AC-2025-LON-003270 |
| 2 | 08/27/2026 | 08/27/2026 | Video recorded statement of Viviana Hruskova (to be filed conventionally) |
| 3 | 08/27/2026 | 08/27/2026 | Video recorded statement of Carmen Sardarescu (to be filed conventionally) |

Respectfully submitted,

*/s/ Thomas Maniotis*
**THOMAS MANIOTIS**
Florida Bar No. 122414
EQUITY LEGAL, PLLC
5201 Blue Lagoon Drive, Floor 8
Miami, Florida 33126
(305) 407-1005
tamaniotis@equitylegalfirm.com
Counsel for Defendants

*/s/ Joseph D. McBride*
**JOSEPH D. MCBRIDE**
New York Bar No. 5445879
THE MCBRIDE LAW FIRM, PLLC
305 Broadway, Suite 700
New York, New York 10007
(917) 757-9537
jmcbride@mcbridelawnyc.com
Admitted Pro Hac Vice
Co-Counsel for Defendants

/s/ *Howard Srebnick*
/s/ *Alexa Klein*
**HOWARD SREBNICK** (FBN 919063)
**JACKIE PERCZEK** (FBN 042201)
**ALEXA KLEIN** (FBN 1002299)
**JAKE GOLDMAN** (FBN 1074657)
BLACK SREBNICK
201 South Biscayne Boulevard
Suite 1300
Miami, Florida 33131
(305) 371-6421

HSrebnick@RoyBlack.com
JPerczek@RoyBlack.com
AKlein@RoyBlack.com
JGoldman@RoyBlack.com

/s/ *Stephen James Binhak*
**STEPHEN JAMES BINHAK**
Florida Bar Number 736491
LAW OFFICES OF STEPHEN JAMES BINHAK
One Southeast Third Avenue, Suite 1800
Miami, Florida 33131
(305) 361-5500
binhaks@binhaklaw.com