| COUNT | COMPLAINANT | U.K. CHARGE | U.K. MAX PENALTY | BASIC FACTS | U.S. CHARGE(S) | U.S. MAX PENALTY |
|---|---|---|---|---|---|---|
| 1 | C1 | **Human trafficking** (Sections 2(1) and 5(1) of the Modern Slavery Act 2015) | Life | Between 3 April 2016 and 30 April 2016, Andrew Tate (hereinafter "AT") and Tristan Tate (hereinafter "TT") jointly arranged and facilitated C1's travel to Romania with a view to her exploitation through commercial webcam work. It is alleged that they recruited her through promises of earnings and assurances that she could leave if she wished, exercised control over her work and online accounts, and failed to pay her for the commercial sexual acts she carried out while in Romania. | **Coercion and Enticement** (18 U.S.C. § 2422);<br><br>**Transportation** (18 U.S.C. § 2421) | 20 years;<br><br>10 years |
| 2 | C1 | **Human trafficking** (Sections 2(1) and 5(1) of the Modern Slavery Act 2015) | Life | Between 31 August 2016 and 1 October 2016, AT and TT jointly arranged and facilitated C1's travel to Romania with a view to her exploitation through commercial sexual webcam work. It is alleged that they recruited her through promises of earnings and assurances that she could leave if she wished, exercised control over her work and online accounts, and failed to pay her for the commercial seexual acts she carried out while in Romania. | **Coercion and Enticement** (18 U.S.C. § 2422);<br><br>**Transportation** (18 U.S.C. § 2421) | 20 years;<br><br>10 years |
| 3 | C2 | **Rape** (Section 1 of the Sexual Offenses Act 2003) | Life | Between 1 January 2015 and 1 March 2015 AT strangled C2, demanded C2 remove her pants, threatened that he would kill her if she did not obey, and inserted his penis into her vagina. Sexual activity with strangulation continued and C2 lost consciousness at least once. AT told C2 that he loved her and that was why he was "raping" her. C2 was fearful that AT would kill her. | **Aggravated Sexual Abuse** (18 U.S.C. § 2241(a)(1)-(2) by force or threat; or § (b)(1), by other means, i.e. rendering unconscious);<br><br>**Sexual Abuse** (18 U.S.C. § 2242(2)(B) by engaging in sexual act with person physically incapable of declining participation or communicating unwillingness; or § (3), without consent);<br><br>**Sexual Battery** (Fla. Stat. Ann. § 794.011(4)(b), physically helpless or incapacitated, or § 5(b) without consent) | Life;<br><br>Life;<br><br>30; 15 years |
| 4 | C2 | **Rape** (Section 1 of the Sexual Offenses Act 2003) | Life | Between 1 January 2015 and 1 March 2015 [on an occasion other than that specified in charge 3 (iii)] AT pondered out loud whether to rape C2 orally and began strangling her before she could respond. AT inserted his penis into C2's mouth while he continued to strangle her. AT also inserted his penis into her vagina without her consent until he ejaculated. | **Aggravated Sexual Abuse** (18 U.S.C. § 2241(a)(1)-(2), by force or threat);<br><br>**Sexual Abuse** (18 U.S.C. § 2242(2)(B) by engaging in sexual act with person physically incapable of declining participation or communicating unwillingness; or § (3), without consent);<br><br>**Sexual Battery** (Fla. Stat. Ann. § 794.011(4)(b), physically helpless or incapacitated, or § 5(b) without consent) | Life;<br><br>Life;<br><br>30; 15 years |
| 5 | C2 | **Assault occasioning bodily harm** (Section 47 of the Offences Against the Person Act 1861) | 5 years | Same incident as Count 3. AT squeezed C2's neck so tightly she thought her head would "pop" off her body, she lost consciousness at least once. A witness reported bruising on C2's neck when C2 reported the assault to the witness contemporaneously. | **Assault with Intent to Commit 2241 or 2242 Violation** (18 U.S.C. § 113(a)(1));<br><br>**Battery by Strangulation** (Fla. Stat. Ann. § 784.031) | 20 years;<br><br>5 years |
| 6 | C2 | **Assault occasioning bodily harm** (Section 47 of the Offences Against the Person Act 1861) | 5 years | Same incident as Count 4. AT strangled C2 but released "before it got to the point where she thought death was imminent." | **Assault with Intent to Commit 2241 or 2242 Violation** (18 U.S.C. § 113(a)(1));<br><br>**Battery by Strangulation** (Fla. Stat. Ann. § 784.031) | 20 years;<br><br>5 years |
| 7 | C3 | **Assault occasioning bodily harm** (Section 47 of the Offences Against the Person Act 1861) | 5 years | Between 3 July 2014 and 7 July 2014, during dating relationship, AT strangled C3 during sexual intercourse to the point of leaving marks on her neck. AT also slapped/spanked her on her buttocks. | **Assault of an intimate or dating partner by strangling, suffocating, or attempting to strangle or suffocate** (18 U.S.C § 113(a)(8));<br><br>**Domestic battery by strangulation** (Fla. Stat. Ann. § 784.041);<br><br>**Battery by Strangulation** (Fla. Stat. Ann. § 784.031) | 10 years;<br><br>5 years;<br><br>5 years |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | C3 | **Rape** (Section 1 of the Sexual Offenses Act 2003) | Life | Between 31 August 2015 and 31 December 2015 AT strangled C3 while having intercourse with her. C3 struggled to breathe and is "nearly sure" she told AT to stop because she was being hurt. C3 thought AT was going to kill her. C3 said there were also clear physical signs that she was uncomfortable, but AT ignored her and continued to have intercourse with her until he ejaculated. | **Aggravated Sex Abuse** (18 U.S.C. § 2241(a)(1)-(2) by force or threat/fear);<br><br>**Sexual Abuse** (18 U.S.C. § 2242(2)(B) by engaging in sexual act with person physically incapable of declining participation or communicating unwillingness; or § (3), without consent);<br><br>**Sexual Battery** (Fla. Stat. Ann. § 794.011(4)(b), physically helpless or incapacitated, or § 5(b) without consent) | Life;<br><br>Life;<br><br>30; 15 years |
| 9 | C3 | **Assault occasioning bodily harm** (Section 47 of the Offences Against the Person Act 1861) | 5 years | Same incident as Count 8. AT strangled C3 during intercourse to the point of obstructing her breathing. | **Assault with Intent to Commit 2241 or 2242 Violation**(18 U.S. Code § 113(a)(1));<br><br>**Assault of an intimate or dating partner by strangling, suffocating, or attempting to strangle or suffocate** (18 U.S.C § 113(a)(8));<br><br>**Domestic battery by strangulation** (Fla. Stat. Ann. § 784.041);<br><br>**Battery by Strangulation** (Fla. Stat. Ann. § 784.031) | 20 years;<br><br>10 years;<br><br>5 years;<br><br>5 years |
| 10 | C3 | **Controlling prostitution for gain** (Section 53 of the Sexual Offenses Act 2003) | 7 years | Between 1 May 2015 and 2 September 2015, AT recruited C3 to engage in commercial sex work online. AT created her account and controlled and managed her, making money off of C3's sex work online. Sex acts included nudity, taking her clothes off, using a sex toy. AT also tried to convince C3 to have sex with a stranger for $3K. Banking evidence corrobroates that C3 received several payments from AT during the time she was working for him in the commercial sex industry. | **Prohibiting prostitution and related acts (i.e. lewdness)** (Fla. Stat. Ann. § 796.05 deriving support from proceeds of prostitution (attempt) (2d degree felony);<br><br>**Compelling or coercing another to become a prostitute**(Fla. Stat. Ann. § 796.04);<br><br>**Offer another person for prostitution or any other lewd or indecent act** (Fla. Stat. Ann. § 796.07(2)(b)) | 15 years;<br><br>5 years;<br><br>60 days* |
| 11 | C7 | **Rape** (Section 1 of the Sexual Offenses Act 2003) | Life | Between 1 November 2011 and 31 October 2012 AT strangled C7 until she lost consciousness and continued to have sexual intercourse with her while she was unconscious. | **Sexual Abuse** (18 U.S.C. § 2242(2)(B), engaging in sexual act with person physically incapable of declining participation or communicating unwillingness; or § (3) without consent);<br><br>**Sexual Battery** (Fla. Stat. Ann. § 794.011(4)(b), physically helpless or incapacitated, or § 5(b) without consent) | Life;<br><br>30; 15 years |
| 12 | C7 | **Rape** (Section 1 of the Sexual Offenses Act 2003) | Life | Between 1 November 2011 and 31 October 2012 AT on not less than 3 occasions and on an occasion other than that specified in charge 1 (xi) above, AT put his entire bodyweight on C7, strangled her until she lost consciousness, and continued to have sexual intercourse with C7. | **Sexual Abuse** (18 U.S.C. § 2242(2)(B), engaging in sexual act with person physically incapable of declining participation or communicating unwillingness; or § (3) without consent);<br><br>**Sexual Battery** (Fla. Stat. Ann. § 794.011(4)(b), physically helpless or incapacitated, or § 5(b) without consent) | Life;<br><br>30; 15 years |
| 13 | C7 | **Assault occasioning bodily harm** (Section 47 of the Offences Against the Person Act 1861) | 5 years | Same incident as Count 11. AT strangled C7 until she lost consciousness | **Assault with Intent to Commit 2242 Violation (**18 U.S. Code § 113(a)(1));<br><br>**Assault of an intimate or dating partner by strangling, suffocating, or attempting to strangle or suffocate** (18 U.S.C. § 113(a)(8))<br><br>**Domestic battery by strangulation** (Fla. Stat. Ann. § 784.041);<br><br>**Battery by Strangulation** (Fla. Stat. Ann. § 784.031) | 20 years;<br><br>10 years;<br><br>5 years;<br><br>5 years |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | C7 | **Assault occasioning bodily harm** (Section 47 of the Offences Against the Person Act 1861) | 5 years | Same incidences as Count 12. AT strangled C7 on multiple occasions until she lost consciousness. | **Assault with Intent to Commit 2242 Violation** (18 U.S. Code § 113(a)(1));<br><br>**Assault of an intimate or dating partner by strangling, suffocating, or attempting to strangle or suffocate** (18 U.S.C. § 113(a)(8));<br><br>**Domestic battery by strangulation** (Fla. Stat. Ann. § 784.041);<br><br>**Battery by Strangulation** (Fla. Stat. Ann. § 784.031) | 20 years;<br><br>10 years;<br><br>5 years;<br><br>5 years |
| 15 | C7 | **Rape** (Section 1 of the Sexual Offenses Act 2003) | Life | Between 1 April 2017 and 30 April 2017, AT grabbed C7 by the throat, threw her on the bed, and had vaginal intercourse with her while strangling her. C7 lost consciousness as a result of the strangulation, and she believes AT was still having intercourse with her when she regained consciousness. | **Aggravated Sexual Abuse** (18 U.S.C. § 2241(a)(1)-(2) by force or threat; or § (b)(1), by other means, i.e. rendering unconscious);<br><br>**Sexual Abuse** (18 U.S.C. § 2242(2)(B), engaging in sexual act with person physically incapable of declining participation or communicating unwillingness; or § (3) without consent);<br><br>**Sexual Battery** (Fla. Stat. Ann. § 794.011(4)(b), physically helpless or incapacitated, or § 5(b) without consent | Life;<br><br>Life;<br><br>30; 15 years |
| 16 | C7 | **Rape** (Section 1 of the Sexual Offenses Act 2003) | Life | Same incident as Count 15. After having vaginal sex with C7, AT forced C7 to perform oral sex on him while he exerted such force on her head that she vomited. | **Aggravated Sexual Abuse** (18 U.S.C. § 2241(a)(1)-(2) by force or threat;<br><br>**Sexual Abuse** (18 U.S.C. § 2242(3) without consent)<br><br>**Sexual Battery** (Fla. Stat. Ann. § 794.011(5(b)) without consent) | Life;<br><br>Life;<br><br>15 years |
| 17 | C7 | **Assault occasioning bodily harm** (Section 47 of the Offences Against the Person Act 1861) | 5 years | Same incidences as Counts 15-16. AT strangled C7 until she lost consciousness and exerted such force on her head that she vomited. | **Assault with Intent to Commit 2241 or 2242 Violation** (18 U.S. Code § 113(a)(1));<br><br>**Assault of an intimate or dating partner by strangling, suffocating, or attempting to strangle or suffocate** (18 U.S.C. § 113(a)(8));<br><br>**Domestic battery by strangulation** (Fla. Stat. Ann. § 784.041);<br><br>**Battery by Strangulation** (Fla. Stat. Ann. § 784.031) | 20 years;<br><br>10 years;<br><br>5 years;<br><br>5 years |
| 18 | C7 | **Human trafficking** (Sections 2(1) and 5(1) of the Modern Slavery Act 2015) | Life | Between 27 April 2016 and 18 August 2017, AT relentlessly recruited C7 to engage in sex work online and booked her flight to Romania where AT and TT picked her up at the airport. AT and TT subsequently controlled and managed C7's online commercial sex work, including use of a sex toy anally against her wishes. AT also used physical violence against C7 and both brothers created an atmsophere of intimidation and control, forcing her to continue to engage in commercial sex work. | **Coercion and Enticement** (18 USC § 2422);<br><br>**Transportation** (18 U.S.C. § 2421);<br><br>**Sex Trafficking by Force, Fraud or Coercion** (18 USC §§ 1591, 1594) | 20 years;<br><br>10 years;<br><br>Life |
| 19 | C5 | **Rape** (Section 1 of the Sexual Offenses Act 2003) | Life | Between 1 April 2015 and 30 March 2016, while AT and C5 were having consensual intercourse, AT slapped C5 on her face and body, which C5 said she did not like. AT responded by grabbing C5's head and slapping her in the face. AT then put his hands around C5's neck and strangled her until she could not breathe. C5's attempts to remove his hands were unsuccessful, and AT continued to have intercourse with her until he ejaculated. | **Aggravated Sexual Abuse** (18 U.S.C. § 2241(a)(1), by force)<br><br>**Sexual Abuse** (18 U.S.C. § 2242(2)(B), by engaging in sexual act with person physically incapable of declining participation or communicaitng unwillingness, or § (3) without consent);<br><br>**Sexual Battery** (Fla. Stat. Ann. § 794.011(4)(b), physically helpless or incapacitated, or § 5(b) without consent | Life;<br><br>Life;<br><br>30; 15 years |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | C5 | **Rape** (Section 1 of the Sexual Offenses Act 2003) | Life | Between 1 April 2015 and 30 March 2016, one month after the incident described in Count 19, AT and C5 met at a hotel where they began having intercourse. C5 repeatedly told AT to stop and attempted to push him off of her, but AT pinned down C5's hands and continued having intercourse with her until he ejaculated. | **Aggravated Sexual Abuse (**18 U.S.C. § 2241(a)(1), by force)<br><br>**Sexual Abuse** (18 U.S.C. § 2242(3) without consent);<br><br>**Sexual Battery** (Fla. Stat. Ann. § 794.011(4)(b), physically helpless, or § 5(b) without consent) | Life;<br><br>Life;<br><br>30; 15 years |
| 21 | C5 | **Human trafficking** (Sections 2(1) and 5(1) of the Modern Slavery Act 2015) | Life | Between 31 July 2015 and 30 March 2016, AT recruited C5 to work as a cam girl, which C5 refused. AT then booked and paid for C5's travel to Romania under false pretenses. TT picked her up at the airport and both AT and TT subsequently forced her (through violence and rape by AT and the holding of her passport) to perform sex acts online, which included the performance of oral sex for payment. | **Coercion and Enticement** (18 USC § 2422);<br><br>**Transportation** (18 U.S.C. § 2421);<br><br>**Sex Trafficking by Force, Fraud or Coercion** (18 USC §§ 1591 1594) | 20 years;<br><br>10 years;<br><br>Life |
| 22 | C6 | **Rape** (Section 1 of the Sexual Offenses Act 2003) | Life | Between 1 June 2016 and 3 September 2016, AT and C6 engaged in consensual sexual intercourse on multiple occasions when AT would grab C6's head and push it into the bed to the point that C6 could not breathe. C6 would attempt to lift her head up, but AT would continue to push her face back down into the bed. While intercourse was initially consentual, the violence and suffocation, and thus subsequent intercourse, was not. | **Sexual Abuse** (18 U.S.C. § 2242(2)(B), by engaging in sexual act with person physically incapable of declining participation or communicaitng unwillingness, or § (3) without consent);<br><br>**Sexual Battery** (Fla. Stat. Ann. § 794.011(4)(b), physically helpless or incapacitated, or § 5(b) without consent | Life |
| 23 | C6 | **Human trafficking** (Sections 2(1) and 5(1) of the Modern Slavery Act 2015) | Life | Between 1 June 2016 and 30 March 2017, AT recruited C6 to work as a cam girl under false pretenses, and booked and paid for C6's travel to Romania where TT picked her up at the airport. In Romania, she was compelled to perform sex acts online (culture of fear; rape and physical violence against her by AT and the taking of her passport), at both AT and TT's direction and control, acts which included digital and anal penetration of other females for money. | **Coercion and Enticement** (18 USC § 2422);<br><br>**Transportation** (18 U.S.C. § 2421);<br><br>**Sex Trafficking by Force, Fraud or Coercion** (18 USC §§ 1591,1594) | 20 years;<br><br>10 years;<br><br>Life |
| 24 | | **Distributing indecent photograph of a child - Category A** (Section 1(1)(b) of the Protection of Children Act 1978) | 10 years | On 1 June 2015, AT distributed an image (video) of minor female penetrating her vagina with her fingers | **Obscene visual representations of the sexual abuse of children** (18 U.S.C. § 1466A(a)(1))<br><br>**Certain activities relating to material involving the sexual exploitation of minors (receipt or distribution)** (18 U.S.C.§§ 2252(a)(2); 2256(2)(A)) | 20 years (both offenses) |
| 25 | | **Distributing indecent photograph of a child - Category A** (Section 1(1)(b) of the Protection of Children Act 1978) | 10 years | On 3 June 2015, AT distributed an image (video) of minor female penetrating her vagina with her fingers and fist | **Obscene visual representations of the sexual abuse of children** (18 U.S.C. § 1466A(a)(1))<br><br>**Certain activities relating to material involving the sexual exploitation of minors** (receipt or distribution) (18 U.S.C. §§ 2252(a)(2); 2256(2)(A)) | 20 years (both offenses) |
| 27 | | **Distributing indecent photograph of a child - Category A** (Section 1(1)(b) of the Protection of Children Act 1978) | 10 years | On 14 June 2015, AT distributed an image (video) of child penetrating her vagina with her fingers and fist | **Obscene visual representations of the sexual abuse of children** (18 U.S.C. § 1466A(a)(1))<br><br>**Certain activities relating to material involving the sexual exploitation of minors (receipt or distribution)** (18 U.S.C. §§2252(a)(2); 2256(2)(A)) | 20 years (both offenses) |
| 28 | | **Distributing indecent photograph of a child - Category A** (Section 1(1)(b) of the Protection of Children Act 1978) | 10 years | On 19 June 2015, AT distributed an image (screenshot from a video) of child penetrating her vagina with her finger | **Obscene visual representations of the sexual abuse of children** (18 U.S.C. § 1466A(a)(1))<br><br>**Certain activities relating to material involving the sexual exploitation of minors (receipt or distribution)** (18 U.S.C. §§2252(a)(2); 2256(2)(A)) | 20 years (both offenses) |

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | | **Distributing indecent photograph of a child - Category A** (Section 1(1)(b) of the Protection of Children Act 1978) | 10 years | On 19 June 2015, AT distributed an image (video) of child penetrating her vagina with her fingers and fist | **Obscene visual representations of the sexual abuse of children** (18 U.S.C. §1466A(a)(1))<br><br>**Certain activities relating to material involving the sexual exploitation of minors (receipt or distribution)** (18 U.S.C. §§2252(a)(2); 2256(2)(A)) | 20 years (both offenses) |
| 31 | | **Making indecent photographs of a child - Category A** (Section 1(1)(a) of the Protection of Children Act 1978) | 10 years | On or before 18 July 2015, AT made, or had made, an image (video) of a female child penetrating her anus with her hand | **Obscene visual representations of the sexual abuse of children** (18 U.S.C. § 1466A(a)(1))<br><br>**Sexual exploitation of children** (18 U.S.C. §2251(a)) | 20 years;<br><br>30 years |
| 32 | | **Making indecent photographs of a child - Category B** (Section 1(1)(a) of the Protection of Children Act 1978) | 10 years | On or before 18 July 2015, AT made, or had made, an image (still) of a female child and adult female on a bed. Child is in lingerie with her breasts exposed, and she appears to be touching the adult female's exposed breast. | **Harmful materials; Using Minors in Production Prohibited** (Fla. Stat. Ann. § 847.012(4); 847.001 (definitions)) | 5 years |
| 33 | | **Making indecent photographs of a child - Category C** (Section 1(1)(a) of the Protection of Children Act 1978) | 10 years | On or before 18 July 2015, AT made, , or had made, an image (still) of a female child lying on her back on a bed with her legs raised and her genitals exposed while she holds her breasts. | **Obscene visual representations of the sexual abuse of children** (18 U.S.C. § 1466A(a)(1))<br><br>**Sexual exploitation of children** (18 U.S.C. § 2251(a)) | 20 years;<br><br>30 years |
| 34 | | **Making indecent photographs of a child - Category B** (Section 1(1)(a) of the Protection of Children Act 1978) | 10 years | On or before 18 July 2015, AT made, , or had made, an image (still) depicting a female child lying on her front with her buttocks raised, vagina exposed, and her right hand touching a finger to her vagina. Penetration is not clear from the image, and there may be an object inserted into her vagina. | **Obscene visual representations of the sexual abuse of children** (18 U.S.C. § 1466A(a)(1))<br><br>**Sexual exploitation of children** (18 U.S.C. § 2251(a)) | 20 years;<br><br>30 years |
| 35 | | **Making indecent photographs of a child - Category C** (Section 1(1)(a) of the Protection of Children Act 1978) | 10 years | On or before 18 July 2015, AT made, or had made, an image (still) of a female child photographing herself with her breasts exposed. | **Harmful materials; Using Minors in Production Prohibited** (Fla. Stat. Ann. § 847.012(4); 847.001 (definitions)) | 5 years |
| 36 | | **Making indecent photographs of a child - Category A** (Section 1(1)(a) of the Protection of Children Act 1978) | 10 years | On or before 18 July 2015, AT made, , or had made, an image (still) of an unclothed female child with her genital area exposed. The child is holding an object that appears to be penetrating her vagina. | **Obscene visual representations of the sexual abuse of children** (18 U.S.C. § 1466A(a)(1))<br><br>**Sexual exploitation of children** (18 U.S.C. § 2251(a)) | 20 years;<br><br>30 years |
| 37 | | **Making indecent photographs of a child - Category B** (Section 1(1)(a) of the Protection of Children Act 1978) | 10 years | On or before 18 July 2015, AT made, or had made, an image (video) of himself sitting on a bed and speaking to the camera while a female child wearing lingerie stands behind him and kisses his neck. An adult female with exposed breasts enters the room and kisses the child while the child holds her hand on AT's shoulder. | **Harmful materials; Using Minors in Production Prohibited** (Fla. Stat. Ann. § 847.012(4); 847.001 (definitions)) | 5 years |
| 39 | | **Possession of extreme pornographic image** (Sections 63(1), (7)(d), 67(3) of the Criminal Justice and Immigration Act 2008) | 3 years | On or before 18 July 2015, AT possessed an image depicting person perfomrming intercourse with live animal (eel) | **Sexual Activities Involving Animals** (Fla. Stat. Ann. § 828.126(6)) | 5 years |
| 40 | | **Possession of extreme pornographic image** (Sections 63(1), (7)(d), 67(3) of the Criminal Justice and Immigration Act 2008) | 3 years | On or before 18 July 2015, AT possessed an image depicting person perfomrming intercourse with live animal (horse) | **Sexual Activities Involving Animals** (Fla. Stat. Ann. § 828.126(6)) | 5 years |
| 41 | | **Possession of extreme pornographic image** (Sections 63(1), (7)(b), 67(3) of the Criminal Justice and Immigration Act 2008) | 3 years | On or before 18 July 2015, AT possessed an image portraying an act that resulted or was likely to result in serious injury to a person's genitals<br><br>**WARNING: Description of conduct is disturbing. Please refer to request for details.** | **Prohibition of certain acts in connection with obscene materials** (Fla. Stat. Ann. § 847.011; 847.001 (definitions)) | 60 days* |

| | | | | | | |
|---|---|---|---|---|---|---|
| 42 | | **Possession of extreme pornographic image** (Sections 63(1), (7)(b), 67(3) of the Criminal Justice and Immigration Act 2008) | 3 years | On or before 18 July 2015, AT possessed an image portraying an act that resulted or was likely to result in serious injury to a person's genitals<br><br>**WARNING: Description of conduct is disturbing. Please refer to request for details.** | **Prohibition of certain acts in connection with obscene materials** (Fla. Stat. Ann. § 847.011; 847.001 (definitions) | 60 days* |
| | | Category A: Penetrative sexual activity involving a child and children involved in bestiality or sadism | | | | |
| | | Category B: Non-penetrative sexual activity involving a child | | | | |
| | | Category C: All other indecent images of children not falling in Category A or B | | | | |
| | | *Can extradite on misdemeanors as long as offense is otherwise extraditable and are extraditing on at least one extraditable felony offense. *See Extradition Treaty, Article 2(5)* . | | | | |