**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-mj-03259-LOUIS**
**26-mj-03260-LOUIS**

**IN THE MATTER OF THE EXTRADITION OF TRISTAN TATE,**
______________________________________/

**IN THE MATTER OF THE EXTRADITION OF EMORY ANDREW TATE,**
______________________________________/

**THE PARTIES' PROPOSED SCHEDULE FOR FINAL EXTRADITION HEARINGS**

The United States, by and through the undersigned Assistant United States Attorneys and Trial Attorneys, after conferral and discussion with counsel for Emory Andrew Tate and Tristan Tate (the "Tates") (collectively, the "Parties"), respectfully submits the proposed schedule for extradition hearings in the above-captioned matters.

**Relevant Procedural History**

As ordered by this Court in its November 7, 2026 Order, (*see* case numbers 26-mj-03259-Louis, ECF No. 79; 26-mj-03260-Louis, ECF No. 76), by November 14, 2026 the Parties were to file proposed dates in January of 2027 for the Tates' final extradition hearings. In compliance with the Court's Order, the United States, on behalf of the Parties, now files this proposed schedule:

**Proposed Schedule for the Final Extradition Hearings**

After conferral, the Parties have agreed to propose the final extradition hearings occur on two consecutive days—January 14, 2027, (Emory Andrew Tate) and January 15, 2027, (Tristan Tate).

## CONCLUSION

WHEREFORE, in compliance of the Court's November 7, 2026 Order, the United States files this proposed schedule for final extradition hearings as agreed to by the Parties.

Respectfully submitted,

YARA LORENZO KLUKAS
ACTING UNITED STATES ATTORNEY

By: */s/ Alejandra L. López*
Alejandra L. López
Assistant United States Attorney
Fla. Bar No. 37132
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9241
Email: Alejandra.Lopez@usdoj.gov

By: */s/ Abbie D. Waxman*
Abbie D. Waxman
Assistant United States Attorney
Fla. Bar No. 109315
99 Northeast 4th Street
Miami, Florida 33132
Tel.: (305) 961-9240
Email: Abbie.Waxman@usdoj.gov

A. TYSEN DUVA
ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION

By: */s/ Kerry A. Monaco*
Kerry A. Monaco
Associate Director
Office of International Affairs
Criminal Division
U.S. Department of Justice
Court ID: A5503560
1301 New York Avenue, NW
Washington, DC 20530
Telephone: (202) 616-4798
Email: Kerry.Monaco2@usdoj.gov

By: */s/ Rachel M. Yasser*
Rachel M. Yasser
Trial Attorney
Office of International Affairs
Criminal Division
U.S. Department of Justice
Court ID: A5503561
1301 New York Avenue, NW
Washington, DC 20530
Email: Rachel.Yasser2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 14, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF, and which caused the same to be served on Howard Srebnick, Esquire, Jackie Perczek, Esquire, Alexa Klein, Esquire, Stephan Binhack, Esquire, Thomas Maniotis, Esquire and Joseph McBride, Esquire, counsel for the Defendant.

*/s/ Alejandra L. López*
Alejandra L. López
Assistant United States Attorney